UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GUILLERMO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES DZURENDA, *et al.*,<br><br>　　　　Defendants. | Case No. 3:24-cv-00591-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

　　　　Plaintiff, Guillermo Ramirez, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 16th day of September 2025.

By: _____ 61344
Guillermo Ramirez (NDOC #61344)
Plaintiff, Pro Se

DATED: 9-16-25

DATED this 16th day of September 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: September 18, 2025

Page 1 of 1